## English *against* Hannah.

A receipt given by a third person, is not competent evidence to establish the payment of money. The fact must be attested by him on oath in the ordinary way.

ERROR to *Beaver* county.

Covenant by Alexander Hannah against John English, and verdict for plaintiff for 225 dollars. On the trial of the cause, the plaintiffs offered in evidence a receipt of E. Onderdonk as rebutting evidence ; the defendant objected, on the ground that the testimony of Onderdonk was the primary evidence ; but the court overruled the objection and permitted the evidence to be given.

*Fetterman*, for plaintiff in error.
*Clarke*, for defendant in error.

PER CURIAM.—It is too clear for remark that the schoolmaster's receipt was evidence of payment against nobody but himself. It was but his written declaration of the fact without oath, which could be attested by him in court, or by deposition in the ordinary way.

Judgment reversed, and a *venire de novo* awarded.